**FILED**
CLERK, U.S. DISTRICT COURT

**11/1/19**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KDI_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD CHAUN LOYER, | ) Case No. 8:19-cv-02035-PSG-JC |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| PATRICK COVELLO, | ) |
| Respondent. | ) |
| _____ | ) |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: November 1, 2019

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE